Leon Rothman, Appellant, v. City of New York, Respondent.— Order affirmed, with costs.  No opinion.  Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

China and Japan Trading Company, Limited, Appellant, v. J. Spencer Turner Company, Respondent.— Judgment and order affirmed, with costs. No opinion.  Present — Ingraham, P. J., McLaughlin, Laughlin and Dowling, JJ.

Lillian E. Hoffstaetter, Respondent, v. Charles G. Schinkel and Others, Appellants.— Judgment and order affirmed, with costs.  No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.  (Ingraham, P. J., and Laughlin, J., dissented.)

Bertha Evans and Another, Respondents, v. Charles J. Pelta and Another, Appellants.— Determination reversed, and complaint dismissed, with costs, on 146 Appellate Division, 749.  Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

James P. Campbell, Respondent, v. Eugene K. Campbell and Another, Appellants.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs.  No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Josephine O'Keefe, Respondent, v. The City of New York, Appellant.— Judgment and order reversed, and new trial ordered, costs to appellant to abide event, on the ground that the finding of the jury that the defendant was negligent was against the evidence, and is, therefore, reversed.  No opinion.    Order to be settled on notice.   Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Minnie Anderson, Appellant, v. Nassau Electric Railroad Company, Respondent.— Judgment and order affirmed, with costs.  No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Aaron Solomon, Appellant, v. Jacob Wallerstein and Another, Respondents.— Judgment affirmed, with costs.    No opinion.    Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Lilla M. Baldwin, Respondent, v. American Finance and Securities Company, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Daniel Daly and Another, Respondents, v. The City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.    Present — Ingraham,  P. J.,  Clarke, Scott, Dowling and Hotchkiss, JJ.

Northern Bank of New York, Respondent, v. Joseph G. Robin, Appellant. — Order affirmed, with ten dollars costs and disbursements.  No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.